**Order entered January 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01285-CV

### IN THE INTEREST OF G.E.D., A CHILD

**On Appeal from the 470th Judicial District Court
Collin County, Texas
Trial Court Cause No. 470-51847-2008**

## ORDER

Before the Court is Robin N. Washington's January 16, 2017 request for an extension of time to file the reporter's record. Ms. Washington's request is **GRANTED**.

We **ORDER** the reporter's record to be filed no later than February 16, 2017.

/s/     CRAIG STODDART
          JUSTICE